# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY CAMPOPIANO,

    Plaintiff,

vs.

SHERIFF DOUG GILLESPIE, et al.,

    Defendants.

Case No. 2:10-CV-00459-KJD-(RJJ)

**ORDER**

        The court ordered plaintiff to file an amended complaint that corrected the defects of the original complaint (#6), and the court warned plaintiff that failure to comply would result in the dismissal of the action. Order (#5). Plaintiff has not complied within the allotted time.

        IT IS THEREFORE ORDERED that this action is **DISMISSED** for failure to state a claim upon which relief can be granted. The clerk of the court shall enter judgment accordingly.

        DATED: September 7, 2010

                                      KENT J. DAWSON
                                      United States District Judge